## WILSON *vs.* THE STATE OF GEORGIA.

Upon an indictment charging, in one count, an assault with intent to murder, and in another count, unlawful stabbing not done in self-defense or under other circumstances of justification, the verdict was, "We the jury find the prisoner guilty of the offense of stabbing." The prisoner moved in arrest of judgment, insisting that the verdict was special and not general ; that it did not find all the issues involved ; and that a verdict for stabbing, without negativing self-defense or other justification, does not find any crime or misdemeanor for which sentence can be pronounced. That all the issues were disposed of, see 58 *Ga.*, 200 ; and that the verdict, construed in connection with the indictment, was sufficient, see 51 *Ga.*, 144.

BLECKLEY, Justice.

J. L. HARDEMAN ; ELIAS HERMAN, for plaintiff in error, cited for reversal: 55 *Ga.*, 191 ; 58 *Ib.*, 546 ; 38 *Ib.*, 117 ; 1 Bish. C. P., 378, 379, 677, 833 ; 2 Green Cr. Law Rep., 91, 250, 251, 748 ; 1 Chit. C. L., 643 ; Hopkins P. L., 518 ; 28 *Ga.*, 367 ; 3 *Ib.*, 417 ; 31 *Ib.*, 206 ; 32 *Ib.*, 251 ; Code, various sections.

C. L. BARTLETT, solicitor general, for the state, cited for affirmance : Code §4369 ; 51 *Ga.*, 144 ; 25 *Ib.*, 396.